LOURATTE GLINSKY, RESPONDENT, v. METROPOLITAN LIFE INSURANCE COMPANY ET AL., APPELLANTS.

Submitted February 16, 1934—Decided April 12, 1934.

For the respondent, *Feder & Rinzler*.

For the appellants, *Patlen & Amlicke*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.